UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| DAVID RONGE, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:18-cv-07030 **(Consolidated)** |
| Plaintiff, | CLASS ACTION |
| vs. | Judge Rebecca R. Pallmeyer |
| CAMPING WORLD HOLDINGS, INC., et al., | |
| Defendants. | |

LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT

- 2 -

1.  Lead Plaintiffs City of Pontiac General Employees' Retirement System, Oklahoma Police Pension & Retirement System, and City of Omaha Police & Fire Retirement System ("Lead Plaintiffs") hereby move the Court for entry of an Order granting preliminary approval of a class action settlement, approving the form and manner of notice, and setting a date for a hearing on final approval of the proposed settlement.

2.  This motion is based upon the Settlement Agreement, dated March 12, 2020, and all Exhibits attached thereto, the Memorandum of Points and Authorities in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice ("Notice Order"), all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing.

Accordingly, Lead Plaintiffs request that the Court enter the Notice Order, a copy of which is being submitted to the Proposed Orders inbox in accordance with this Court's case procedures.

DATED: March 12, 2020

Respectfully submitted,

LABATON SUCHAROW LLP
THOMAS A. DUBBS (*pro hac vice*)
MICHAEL P. CANTY (*pro hac vice*)
THOMAS G. HOFFMAN, JR. (*pro hac vice*)
MARISA N. DEMATO (*pro hac vice*)

       *s/ Michael Canty*
      MICHAEL P. CANTY

140 Broadway
New York, New York 10005
Telephone: 212/907-0700
212/818-0477 (fax)
tdubbs@labaton.com
mcanty@labaton.com
thoffman@labaton.com
mdemato@labaton.com

*Counsel for the City of Omaha Police & Fire Retirement System and Lead Counsel for the Class*
ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
BRIAN E. COCHRAN (IL Bar # 6329016)
FRANK A. RICHTER (IL Bar # 6310011)

      *s/ James E. Barz*
      JAMES E. BARZ

200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
bcochran@rgrdlaw.com
frichter@rgrdlaw.com

*Counsel for City of Pontiac General Employees' Retirement System, Oklahoma Police Pension & Retirement System, Plumbers & Steamfitters Local Union #486 Pension Fund and Lead Counsel for the Class*

ASHERKELLY
CYNTHIA J. BILLINGS-DUNN
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Telephone: 248/746-2710
248/747-2809 (fax)

*Additional Counsel for the City of Pontiac General Employees' Retirement System*

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 12, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*s/ Michael P. Canty*
MICHAEL P. CANTY

LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: 212/907-0700
212/818-0477 (fax)
mcanty@labaton.com

# Mailing Information for a Case 1:18-cv-07030 Ronge v. Camping World Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,mburch@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Ronald Steven Betman**
  rbetman@ulmer.com,msaunders@ulmer.com,nfieiras@ulmer.com

- **Michael Patrick Canty**
  mcanty@labaton.com,lpina@labaton.com,7677707420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Andrew B. Clubok**
  andrew.clubok@lw.com,andrew-clubok-9012@ecf.pacerpro.com,washington-dc-litigation-services-5378@ecf.pacerpro.com,DCECFNotificationsDC@lw.com

- **Brian E. Cochran**
  BCochran@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Peter E. Cooper**
  pcooper@lawrencekaminlaw.com,aterry@lawrencekaminlaw.com,shennessey@lawrencekaminlaw.com

- **Marisa N DeMato**
  mdemato@labaton.com,ipina@labaton.com,electroniccasefiling@labaton.com

- **Thomas A. Dubbs**
  tdubbs@labaton.com,lpina@labaton.com,1751297420@filings.docketbird.com,mpenrhyn@labaton.com,echan-lee@labaton.com,electroniccasefiling@labaton.com

- **Scott A. Edelman**
  sedelman@milbank.com,AutoDocketECF@milbank.com,scott-edelman-9238@ecf.pacerpro.com

- **Christopher J. Esbrook**
  christopher.esbrook@esbrooklaw.com,michael.kozlowski@esbrooklaw.com

- **Kathryn K. George**
  kathryn.george@lw.com,chicago-litigation-services-9637@ecf.pacerpro.com,chefiling@lw.com,kathryn-george-1009@ecf.pacerpro.com

- **Carol V Gilden**
  cgilden@cohenmilstein.com,lhoeksema@cohenmilstein.com,efilings@cohenmilstein.com

- **Thomas Gregory Hoffman , Jr**
  thoffman@labaton.com,lpina@labaton.com,mpenrhyn@labaton.com,echan-lee@labaton.com,5560103420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Matthew Langley**
  mlangley@rgrdlaw.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com,kgutierrez@labaton.com

- **Francis P. Mcconville**
  fmcconville@labaton.com,lpina@labaton.com,9849246420@filings.docketbird.com,electroniccasefiling@labaton.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Jed Mastren Schwartz**
  jschwartz@milbank.com,jed-schwartz-8050@ecf.pacerpro.com,AutoDocketECF@milbank.com

- **Christopher Spelman**
  CSpelman@milbank.com,chris-spelman-0862@ecf.pacerpro.com,AutoDocketECF@milbank.com

- **Eric Robert Swibel**
  eric.swibel@lw.com,chicago-litigation-services-9637@ecf.pacerpro.com,chefiling@lw.com,eric-swibel-5392@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`