UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| DAVID RONGE, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:18-cv-07030 **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Judge Rebecca R. Pallmeyer |
| CAMPING WORLD HOLDINGS, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION

4825-8097-5553.v1

Lead Plaintiffs, on behalf of the Class and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully move this Court to enter orders and/or judgments: (1) granting final approval of the settlement in the above-captioned litigation; and (2) approving the Plan of Allocation. This motion is based on the Memorandum of Points and Authorities in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Approval of Plan of Allocation, the declarations submitted in support thereof, the Settlement Agreement dated March 12, 2020, all other pleadings and matters of record, and such additional evidence or argument that may be presented at the hearing on this matter.

DATED: July 1, 2020

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
BRIAN E. COCHRAN (IL Bar # 6329016)
FRANK A. RICHTER (IL Bar # 6310011)


s/James E. Barz
JAMES E. BARZ

200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
bcochran@rgrdlaw.com
frichter@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART (*pro hac vice*)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com

- 1 -

|  |  |
|---|---|
|  | *Counsel for City of Pontiac General Employees' Retirement System, Oklahoma Police Pension & Retirement System, Plumbers & Steamfitters Local Union #486 Pension Fund and Lead Counsel for the Class* |
| DATED: July 1, 2020 | LABATON SUCHAROW LLP<br>THOMAS A. DUBBS (*pro hac vice*)<br>MICHAEL P. CANTY (*pro hac vice*)<br>THOMAS G. HOFFMAN, JR. (*pro hac vice*)<br>MARISA N. DEMATO (*pro hac vice*) |

                                      s/Thomas G. Hoffman, Jr.
                                    THOMAS G. HOFFMAN, JR.

140 Broadway
New York, New York 10005
Telephone: 212/907-0700
212/818-0477 (fax)
tdubbs@labaton.com
mcanty@labaton.com
thoffman@labaton.com
mdemato@labaton.com

*Counsel for the City of Omaha Police & Fire Retirement System and Lead Counsel for the Class*

ASHERKELLY
CYNTHIA J. BILLINGS-DUNN
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
Telephone: 248/746-2710
248/747-2809 (fax)

*Additional Counsel for the City of Pontiac General Employees' Retirement System*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, I caused the foregoing LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION to be served electronically through the Court's ECF system upon all registered ECF participants.

s/ James E. Barz
JAMES E. BARZ