UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

David Ronge, et al.

                        Plaintiff,

v.                                               Case No.: 1:18–cv–07030
                                                        Honorable Rebecca R. Pallmeyer

Camping World Holdings, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Telephone motion hearing held. Movants City of Omaha Police and Fire Retirement System, City of Pontiac General Employees' Retirement System, Oklahoma Police Pension & Retirement System's motion for final approval of class action settlement and approval of plan of allocation [135] and motion for attorney fees and expenses and awards to plaintiffs pursuant to the private securities litigation reform act of 1995 [137] are granted. Civil case terminated. Enter Final Judgment and Order of Dismissal With Prejudice. Enter Order Approving Plan Of Allocation. Enter Order Awarding Attorneys' Fees, Expenses, And Awards to Plaintiffs Pursuant To The Private Securities Litigation Reform Act of 1995. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.